UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE KIPERASH,<br><br>                Plaintiffs,<br><br>   v.<br><br>MITCHELL DEAN BLUHM, a Georgia debt collection attorney; MARK DETRICK; THE LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC, a Georgia limited liability company; CP MEDICAL, LLC, a Nevada limited liability company; CAPIO PARTNERS, LLC, a Texas limited liability company,<br><br>                Defendants. | NO: 2:14-CV-114-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Motion for Dismissal, ECF No. 11. Having reviewed the Motion and the file and pleadings therein, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED:**

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. Plaintiff's Motion for Dismissal, **ECF No. 11**, is **GRANTED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 27th day of October 2014.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2